

# Clay County Sheriff Department

P.O. Box 142
330 West Broad Street
West Point, Mississippi 39773
Phone (662) 494-2896
Fax (662) 494-4034

**SHERIFF**
Eddie Scott
(662) 295-5441
**CHIEF DEPUTY**
Rameriz Williams
(662) 295-1632
**Jail Administrator**
Anthony Cummings
(662) 494-7339

**December 10, 2021**

On about the 9th or 10th of September 2021, Caitlyn Wilson came to me and stated that Sheriff Eddie Scott called her on the day that she was off in reference to the gun drawing. He stated that he did not want Neil Coker's name to be in the drawing for that day. She stated that she was off with her family. Then, she stated that Sheriff Scott was sending text messages talking about sex through group texting with Patty Stange and also stated that he had sent her personal text messages talking about sex.

I asked her if she was making an official complaint or if she wanted me to say something to him. I advised her to talk to her parents and see if they wanted to get an attorney. That day was the first time that I had any knowledge of any group text messages about sex or personal texts. On Monday, September 13, 2021, Caitlyn told me that Patty Stange had told her that she told Sheriff Scott about the complaint at Mr. Lewis Stafford's Fundraiser. Sheriff Scott asked me about the complaint, and I told him that she stated something to me but did not give a written complaint.

I told the Sheriff that she told me that he sent her text messages about sex. I advised him to stay away from her.

Sincerely,

Chief Deputy Ramirez Williams
12-10-21



EXHIBIT "A"

CAW-000115