Caitlyn Wilson





**Amber Jones**
Jan 5 ·

Hello, My name is Amber Jones. I live in West Point, Mississippi. In the past 10 years i have seen the disadvantages living in a small town can have on an individual's future. All my life i have looked at our Police as good honest people who protect the community. Boy was i wrong. I was arrested in April of 2014 for hindering prosecution. I was told to plea guilty to 5 years with MDOC by my attorney Mark Cliett and that there was no other alternative available. I was denied a motion of discovery and ultimately i plead guilty because from the way it looked i didnt have any choice in the outcome at all.. While serving my time with MDOC i reported to my probation officer patrick culley once a month and did so up until he violated me on May 10, 2017. I was violated for 3 failed drug tests and was going to have to stay in jail until i went to court in July. While awaiting my court date I was called downstairs by the sheriff and asked if i wanted to file papers for patty stange his secretary. He claimed it would be like a trustee statues. I was thrilled at the thought of getting out of that metal box so i agreed. I started going downstairs monday through friday and i filed all the booking papers for patty. Eddie would come to pattys office everyday an talk to us and buy us lunch. Patty even made the comment that the sheriff must really like you because hes never done this for anyone else before.. I didnt think anything of it. I guess i thought he just saw i didnt belong in jail and was trying to help me out. A month or so went by when eddie came into pattys office and asked me if i wanted a 8 hour home pass. I told him hell yeah and he told me i had to get a splinter out of his finger and he would give it to me. So i did. He told me i would have my home pass the following weekend and he would pick me up.. As he did. He picked



EXHIBIT "C"



did. He told me i would have my home pass the following weekend and he would pick me up.. As he did. He picked me up saturday morning from the jail and he proceeded to take me home when he turns going into marry holmes i asked where we were going an he said well your a state inmate and you havent been classified so technically your not supposed to even leave the jail so were stopping by my house to change your shirt... I got an uneasy feeling but he was the sheriff and i trusted him.. We get inside his home i notice theres no furniture besides a dresser and a bed and a few clothes in the closet. He hands me a shirt and i ask for the bathroom he points to the door and i go in close the door and i start to change my shirt when he walks in an starts grabbing my body pulling me towards him and asking me how many tattoos i had.. I didnt say anything i was stunned at what was happening. He began kissing on my neck and pulling me back in his room to his bed.. I didnt say anything the entire time i just did what he made me feel i had too and that was have sex with him... After he was done we both got dressed and he said well ill take you home for that pass now. I still didnt say a word.. He took my to my house on seitz road where i stayed for 3 hours and he picked me back up. Once back at the jail i went upstairs to be locked down just to be called back to eddies office to be told he was fixed and i had nothing to worry about as far as getting pregnant or anything.. Then went back to be locked down. This happened the entire time i was in jail.. Once the other inmates getting suspicious of my trustee statues i was hated by the entire zone.. The other woman didnt like how i was the only woman trustee. I dont blame them but it wasnt my fault.. I was bullied and the other girls tried to even jump me over it.. I was humiliated, ashamed, embarrassed and alone.... I have sought legal action just to be shut down for lack of evidence.. Yet how much evidence would i

     
Home   Watch   Marketplace   Profile   Notifications   Menu

4:16 ⬤ LTE

**Mississippi Corruption**

have considering i was in jail.. Now they convicted me of a so called lie and had not one speck of evidence to prove it.. They gave me a felony, hindering any advancement for my future, i cant tell you how many jobs i was denied due to this felony on my record.. I didnt steal, hurt, or harm anyone. I was actually harmed by the people who claim to be rehabilitating us and protecting us.. This entire justice system is a joke. Its nothing but politicians telling people what they want to hear and doing the complete opposite. I thought it was one law, and NO MAN was ABOVE the LAW!! But I was dead wrong.. I was shown my life, my self respect, my body means absolutely nothing to any of these people. The city police even laughed at me for trying to press charges on the sheriff.. Literally laughed.. I can't tell you how enraged that made me.. Yet who cares? They don't suffer from the mental trauma I suffer from due to their negligence. You would think these people, these officers would seek justice and stand up for whats morally right considering their career.. Yet i was wrong again.. Where is my justice? Why are these people protected when they break the law? Why arent they subject to the same punishments as everyone else? Its like they think that their lives matter more than the rest of us, But i hate it for every one of you God will not look at it the same.. No life is more important than another. If anything you people took an oath to protect and serve.. I feel as though you all should be judged even more harsh because you made a vow and you broke it.. I know I wont get any justice in life.. But in the next one Gods going to rain down justice on all of you corrupt, manipulating, evil people..

👍😀😮 75      311 comments  26 shares

👍 Like    💬 Comment    ↪ Share

🏠 Home  ▶ Watch  🏪 Marketplace  👤 Profile  🔔 Notifications  ☰ Menu