June 22, 2022

Chief Deputy Ramirez Williams

Clay County Sheriff's Office

348 West Broad Street

West Point, MS 39772

Dear Chief Deputy Ramirez,

I, Caitlyn Wilson, am writing this letter to inform Sheriff Eddie Scott and the Clay County Board of Supervisors that I am resigning from my position as the Criminal Investigation Division's Assistant as of today June 23, 2022.

This is effective immediately.

Thank you for allowing me to work here with some wonderful Investigator's and staff. I have learned a lot in my time here at the Clay County Sheriff's Office.

Caitlyn Wilson

