```
 1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF MISSISSIPPI
 2                        ABERDEEN DIVISION

 3

 4     CAITLYN A. WILSON                                  PLAINTIFF

 5     VS.                     CIVIL ACTION NO. 1:22cv73-DMB-DAS

 6     CLAY COUNTY, MISSISSIPPI, the Same Entity as
       SHERIFF EDDIE SCOTT, In His Official Capacity
 7     As the Sheriff of Clay County, Mississippi       DEFENDANT

 8

 9     ****************************************************************

10
                     DEPOSITION OF SHERIFF EDDIE SCOTT
11

12     ****************************************************************

13

14

15

16           TAKEN AT THE INSTANCE OF THE PLAINTIFF
             AT THE CLAY COUNTY JUSTICE/CIRCUIT COURT,
17         26089 WEST MAIN, WEST POINT, MISSISSIPPI
             ON JUNE 19, 2023, BEGINNING AT 10:07 A.M.
18

19

20

21

22

23              GENA MATTISON GLENN, CSR 1568
                    Glenn-Henry Reporting
24                  Post Office Box 492
                Amory, Mississippi  38821-0492
25                  gena.glenn@gmail.com
                       (662) 315-2613
```

EXHIBIT A