AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| CAITLYN A WILSON <br> *Plaintiff* <br> v. <br> CLAY COUNTY, MISSISSIPPI, the Same Entity as SHERIFF EDDIE SCOTT, Et Al <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:22CV73-DMB-DAS |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Courtney Fitzgerald, Sweet Magnolia's Bakery Cafe, 1600 MS-15, Laurel, Mississippi

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Jones County Courthouse, 415 North 5th Avenue <br> 2nd Floor Courtroom - County Court <br> Laurel, MS | Date and Time: <br> 08/22/2023 3:00 pm |
|---|---|

The deposition will be recorded by this method: Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/28/2023

*CLERK OF COURT*

OR

/S/ Jim Waide

*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Caitlyn Wilson , who issues or requests this subpoena, are:

Jim Waide, P.O. Box 1357, Tupelo, MS; ksanders@waidelaw.com; 662-842-7324

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22CV73-DMB-DAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Courtney Fitzgerald on *(date)* 8/2/2023.

☒ I served the subpoena by delivering a copy to the named individual as follows: Courtney Fitzgerald 1600 Hwy 15 Laurel MS 39440
on *(date)* 8/8/2023; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/8/2023

_____
*Server's signature*

Darth Borgman Process Server
*Printed name and title*

PO Box 884 Petal MS
*Server's address*

Additional information regarding attempted service, etc.: