**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CAITLYN A. WILSON**                                                    **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO.: 1:22-CV-00073-DAS**

**CLAY COUNTY, MISSISSIPPI, et al.**                                     **DEFENDANTS**

## <u>NOTICE OF SERVICE</u>

TO:     ALL COUNSEL OF RECORD

Notice is hereby given that the undersigned attorney for Defendants Clay County, Mississippi, and Sheriff Eddie Scott, has this day served in the above entitled action the following document:

- **Defendant Clay County, Mississippi's Second Set of Requests for Production of Documents or Things to Plaintiff**

The undersigned retains the original of the above document as custodian thereof pursuant to LOCAL UNIFORM CIVIL RULE 5(d).

DATED, this the 25th day of August, 2023.

Respectfully Submitted,

By:     /s/ J. Cody Hallmark
        J. Cody Hallmark (Bar No. 105941)
        jcodyhallmark@huntross.com
        R. Jeff Allen (Bar No. 10593)
        rjallen@huntross.com
        HUNT ROSS & ALLEN
        P.O. Box 1196
        Clarksdale, MS 38614
        662-627-5251 (telephone)
        ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I,  J. Cody Hallmark, hereby certify that I electronically filed the foregoing document with

the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Jim Waide
> Rachel Pierce Waide
> WAIDE & ASSOCIATES, P.A.
> P.O. Box 1357
> Tupelo, MS 38802-1357
> waide@waidelaw.com
> ***Attorneys for Plaintiff***

This, the 25th day of August, 2023.

/s/ *J. Cody Hallmark*
J. Cody Hallmark