IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CAITLYN A. WILSON**                                                                **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:22-CV-73-DAS**

**CLAY COUNTY, MISSISSIPPI, et al.**                              **DEFENDANTS**

<u>**CORRECTED ORDER**</u>

The court held a status conference regarding discovery disputes between the parties and entered its order compelling discovery. Being advised that the court limited the dates for discovery to exclude a portion of the relevant time, the court amends the order as follows to limit discovery to the time when the alleged harassment occurred. The order otherwise remains unchanged, as follows:

**REQUEST NO. 15:** Please produce any and all applications, forms, questionnaires, test results, health physicals, health records, drug screens, and/or lab test results which you submitted to any school, institution, and/or organization as part of an application for admission into an EMT class, course, or program.

**RESPONSE:** Objection. My application was made long after I left my employment with Clay County. I object to this request as not relevant, as an invasion of my privacy, and as not containing any statements relating to my sexual harassment by Eddie Scott. Alternatively, if there could be some possible relevance of this it is far outweighed by the burdensomeness of this request**.**

**COURT'S RULING:** The plaintiff's objection is overruled. The plaintiff shall produce the application, along with any documents submitted by her, in connection with the application to the EMT school she is presently attending. The plaintiff may redact her address and other contact information.

**REQUEST NO. 16:** Please produce any and all phone text messages, whether individual messages or group messages, including any photos, videos, and/or "memes," exchanged between you and any employee of Clay County, Mississippi, regardless of the date sent or received.

**RESPONSE:** Objection. I have already produced all of the text messages between myself, Eddie Scott, and Patty Strange, which are the only documents relevant in this case. I have no photos, texts, videos, or "memes", other than those between Patty Strange, myself, and Eddie Scott, which relate to sex. I have already produced the relevant texts.

**COURT'S RULING.** The plaintiff's objection is overruled, except the court finds the scope of the request should be limited to the period of January 2021 through August 2021.

**REQUEST NO. 17:** Please produce any and all phone text messages, including any photos, videos, and/or "memes," from the group text that consisted of you, Patty Stange, and Al Crawford, regardless of the date sent or received.

**RESPONSE:** Objection. I have no texts with Al Crawford related to sex. I physically showed a text to Al Crawford, but did not send to him. I remember showing the text, to Al Crawford for the purpose of obtaining advice about what to do about his sending the text; I did not receive by text from Crawford but remember him saying the text was disgusting, and it was his opinion that I was being "baited".

**COURT'S RULING:** The plaintiff's objection is overruled, except the court finds the scope of the request should be limited to the period of January 2021 through August 2021.

**REQUEST NO. 18:** Please produce any and all phone text messages, including any photos, videos, and/or "memes," exchanged between you and Al Crawford, regardless of the date sent or received.

**RESPONSE:** I incorporate the answer I just gave to interrogatory number 17.

**COURT'S RULING.** The plaintiff's objection is overruled, except the court finds the scope of the request should be limited to the period of January 2021 through August 2021.

**REQUEST NO. 19:** Please produce any and all phone text messages, whether individual messages or group messages, including any photos, videos, and/or "memes," exchanged between you and Al Crawford, regardless of the date sent or received.

**RESPONSE:** Objection. I have never text any text to Al Crawford related to sex, or to Eddie Scott. The irrelevant text between Al none of which related to sex or Eddie Scott was apparently lost when I switched phones about three (3) months ago.

**COURT'S RULING:** The plaintiff's objection is overruled, except the court finds the scope of the request should be limited to the period of January 2021 through August 2021.

**REQUEST NO. 20:** Please produce any and all text messages from you to any individual to whom you forwarded a message, photo, or "meme" that your received from Sheriff Scott.

**RESPONSE:** I have not forwarded any message, photo, or "meme" from Eddie Scott. They were embarrassing and I would not forward it to anyone. I showed Al Crawford a text which I received from Scott but I cannot remember which text it was.

**COURT'S RULING:** The plaintiff has responded to the request. No further response will be required.

**IT IS ORDERED** that the plaintiff shall produce documents and other requested things as set forth above.

**SO ORDERED** this the 29th day of September, 2023.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**