# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CAITLYN A. WILSON**                                                                   **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO:1:22cv73-DMB-DAS**

**CLAY COUNTY, MISSISSIPPI, the Same Entity as**
**SHERIFF EDDIE SCOTT, In His Official Capacity**
**as the Sheriff of Clay County, Mississippi**                            **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:     ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Plaintiff Caitlyn A. Wilson, by and through counsel, has this day served upon all counsel of record a true and correct copy of **Plaintiff's Supplemental Responses to Defendant's Second Set of Requests for Production of Documents** via electronic mail.

The undersigned retains the original of the above document as custodian thereof.

SO NOTICED, this the 9th day of October, 2023.

                                                      CAITLYN A. WILSON, Plaintiff

By:     */s/ Jim Waide*
          Jim Waide, MS Bar No. 6857
          jdw@waidelaw.com
          WAIDE & ASSOCIATES, P.A.
          332 North Spring Street
          Tupelo, MS  38804-3955
          Post Office Box 1357
          Tupelo, MS  38802-1357
          (662) 842-7324 / Telephone
          (662) 842-8056 / Facsimile

          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing **Notice of Service of Discovery** with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**R. Jeff Allen, Esq.**
**J. Cody Hallmark, Esq.**
**Hunt Ross & Allen**
**P.O. Box 1196**
**Clarksdale, MS  38614**
**rjallen@huntross.com**
**rj.allen@yahoo.com**
**jcodyhallmark@huntross.com**

DATED, this the 9th day of October, 2023.

/s/ Jim Waide
Jim Waide