#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### ABERDEEN DIVISION

**CAITLYN A. WILSON**                                                  **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO.: 1:22CV73-DMB-DAS**

**CLAY COUNTY, MISSISSIPPI, the Same Entity as**
**SHERIFF EDDIE SCOTT, in His Official Capacity**
**as the Sheriff of Clay County, Mississippi**                   **DEFENDANTS**

### NOTICE OF SERVICE

TO:    ALL COUNSEL OF RECORD

Notice is hereby given that the undersigned attorney for Defendants Clay County, Mississippi, and Sheriff Eddie Scott, has this day served in the above entitled action the following document:

- **Defendants' Second Supplemental Pre-discovery Disclosure of Core Information**

The undersigned retains the original of the above document as custodian thereof pursuant to LOCAL UNIFORM CIVIL RULE 5(d).

                                            Respectfully Submitted,

                                            /**s**/ *J. Cody Hallmark*
                                            J. Cody Hallmark (Bar No. 105941)
                                            jcodyhallmark@huntross.com
                                            R. Jeff Allen (Bar No. 10593)
                                            rjallen@huntross.com
                                            HUNT ROSS & ALLEN
                                            P.O. Box 1196
                                            Clarksdale, MS 38614
                                            662-627-5251 (telephone)
                                            ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I, J. Cody Hallmark, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Jim Waide
>WAIDE & ASSOCIATES, P.A.
>P.O. Box 1357
>Tupelo, MS 38802-1357
>jdw@waidelaw.com
>***Attorney for Plaintiff***

This, the 10th day of October, 2023.

>>>/s/ *J. Cody Hallmark*
>>>J. Cody Hallmark