```
 1                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF MISSISSIPPI
 2                          ABERDEEN DIVISION

 3

 4      CAITLYN A. WILSON                                   PLAINTIFF

 5      VS.                          CIVIL ACTION NO. 1:22cv73-DMB-DAS

 6      CLAY COUNTY, MISSISSIPPI, the Same Entity as
        SHERIFF EDDIE SCOTT, In His Official Capacity
 7      As the Sheriff of Clay County, Mississippi         DEFENDANT

 8

 9      **************************************************************

10
                      DEPOSITION OF SHERIFF EDDIE SCOTT
11

12      **************************************************************

13

14

15

16             TAKEN AT THE INSTANCE OF THE PLAINTIFF
                AT THE CLAY COUNTY JUSTICE/CIRCUIT COURT,
17            26089 WEST MAIN, WEST POINT, MISSISSIPPI
               ON JUNE 19, 2023, BEGINNING AT 10:07 A.M.
18

19

20

21

22

23                    GENA MATTISON GLENN, CSR 1568
                          Glenn-Henry Reporting
24                        Post Office Box 492
                      Amory, Mississippi  38821-0492
25                       gena.glenn@gmail.com
                            (662) 315-2613
```

| | |
|---|---|
| 1 | Q. Did not? |
| 2 | A. No. |
| 3 | Q. Did you ever form the opinion that she |
| 4 | was sexually interested in you? |
| 5 | A. No. |
| 6 | Q. Had she ever said anything to you that |
| 7 | made you think that any sexual advances by you |
| 8 | toward her would be welcome; that she would be |
| 9 | interested in having sex with you? |
| 10:13:56  10 | A. Not as a one-on-one. I mean, we was |
| 11 | part -- as you well know -- of a group chat that |
| 12 | initially started out with four people and one |
| 13 | got out. The other one involved the booking |
| 14 | secretary over there, Patty Stange. And Caitlyn |
| 15 | was involved. |
| 16 | Q. And who? |
| 17 | A. And Caitlyn. |
| 18 | Q. Okay. Well, my question is, though -- |
| 19 | let's leave aside whatever went on in the chat. |
| 10:14:20  20 | The jury or -- |
| 21 | A. Yeah. |
| 22 | Q. -- the judge or somebody will look at |
| 23 | that and evaluate what all that means. |
| 24 | Aside from whatever is in those chat |
| 25 | things, there's nothing she ever did to you or |

```
 1              A.    Okay.

 2

 3                          - - - - -

 4              (Exhibit Number 2 marked.)

 5              A.    (Witness reviews document.)  Okay.

 6    BY MR. WAIDE:

 7              Q.    All right.  Now, this Exhibit 2 is not

 8    dated.  At some point after you received notice

 9    there was an EEOC charge, did you ask Stephen

10    Young to make some investigation of the charge?

11              A.    Per policy, yes, sir, that's what we

12    do.

13              Q.    All right.  Now, this doesn't appear

14    to be -- this Exhibit 2 does not appear to be

15    his investigative report.  It appears to be a

16    supplemental report of some kind.  Do you agree

17    with that?

18              A.    I don't know.

19              Q.    You're not sure?

20              A.    I'm not sure about that.

21              Q.    All right.  Who was present when you

22    asked Investigator Young to investigate?  Do you

23    remember whether anybody was present other than

24    you and him?

25              A.    I don't remember.  I don't remember.
```

10:19:49 (line 10)
10:20:06 (line 20)

GLENN-HENRY REPORTING (662) 315-2613

EX. B