Email #5

Ex. C

CAW-000406

Email #5



Ex. C

CAW-000407

Email #5



Page 3

Ex. C

CAW-000408



Email #6

9:11 ◢    ▪▮ LTE 🔋

PS  SS

2 People ›

Sheriff Eddie Scott
Got u some wine ???

You give her that wine

Sheriff Eddie Scott
Nope

Mon, Jan 4, 5:55 PM
Sheriff Eddie Scott
U bitches eat some dog meat ?

Mon, Jan 4, 7:02 PM
Sheriff Eddie Scott
Are y'all alive ???

Ass s be kidnapped.  Made y'all sex slaves 😂

The food was soo good

Sheriff Eddie Scott
Do u know what it was ??

Patty Stange
She was breast feeding

Sheriff Eddie Scott
Ha ha.  I shoulda went and got me a nipple 😹😹

iMessage

Page 1

Ex. C

CAW-000409

Email #6



9:12 ⬈                                    LTE ▮

PS
SS

2 People ›

Mon, Jan 4, 7:02 PM

Sheriff Eddie Scott

Are y'all alive ???

Ass s be kidnapped.  Made y'all sex
slaves 😂

The food was soo good

Sheriff Eddie Scott

Do u know what it was ??

Patty Stange

She was breast feeding

Sheriff Eddie Scott

Ha ha.  I shoulda went and got me a
nipple 😺😺

Super sweet family

Patty Stange

Food was great and they are so
sweet! Got lost coming home lol

Sheriff Eddie Scott

On damn 82 ?

Patty Stange

Lol in neighborhood

iMessage

**Page 2**

Ex. C

<span style="color:red">CAW-000410</span>

Email #6



Email #7



8:55 ⚐                                    ⬝⬝⬝ LTE ▮

‹              PS  SS
                  2 People ›

Wed, Feb 17, 8:59 PM

Sheriff Eddie Scott

Me going to the bar... I swear I'm not getting drunk and picking up a big girl again ....... 4 shots of henny later......

Patty Stange

Lawd yuk! Are we suppose to come in tomorrow?

Sheriff Eddie Scott

If y'all caught up I don't see any need

Patty Stange

I'm good I checked on Williams for

iMessage

CAW-000412

8:58

LTE

PS SS

2 People

Mon, Feb 15, 9:15 PM

Sheriff Eddie Scott

You must stay in your home, ma'am. Dick is NOT considered essential.

Patty Stange

Lawd

They have cancelled mail delivery tomorrow 📦 I have never heard of that

Tue, Feb 16, 6:24 PM

Sheriff Eddie Scott

iMessage

Page 2

Ex. C

CAW-000413

Email #7



Ex. C

CAW-000414



Ex. C

CAW-000415

Email #7



Ex. C

CAW-000416

Ex. C

CAW-000417

Email #7



Ex. C

CAW-000418

Email #9



8:48

LTE

PS  SS

2 People >

Fri, Feb 26, 9:26 PM

Sheriff Eddie Scott



This heifer teaching me the two step 😂😂

Sat, Feb 27, 9:25 AM

Sheriff Eddie Scott

Patrica am I checked in or do I need to do something?

Patty Stange

Send me your link and I'll do it



iMessage

Ex. C

CAW-000419

Email #9



Ex. C

CAW-000420

Email #9



Ex. C

CAW-000421



CAW-000422

Email #9



8:49

PS SS

2 People >

Sheriff Eddie Scott

And a 3 step 😊

Sat, Feb 27, 8:10 PM

Sheriff Eddie Scott

Back in Atlanta. Waiting to board.
Y'all miss me ?

Patty Stange

Sure do! Where you going when u
land 😋

Sheriff Eddie Scott

Liar

Around 10

Patty Stange

Whatever I do. I ask where u going

No one knows u coming back early
😋

Sheriff Eddie Scott

Where am I going ? Home hell.
Cowboy tired

Patty Stange

😂

iMessage

Page 5

Ex. C

CAW-000423

Email #9



CAW-000424

Email #9

8:49 ⏀                                    .ıl LTE 🔋

PS
SS

2 People ›

Well if one of y'all take one for the team I'll come there 😃

SS  Damn sho did

Patty Stange

I'm in bed now – Corey working game – he serviced me last night I'm good 😅 he was frisky

PS

Sheriff Eddie Scott

Well hell. Cayltin u on deck

SS  What game ?

Patty Stange

I haven't heard from her. He worked baseball and basketball – making that extra money off his off days – works covid all day tomorrow 🎦 💰

PS

Sheriff Eddie Scott

SS  Vegas money

Mon, Mar 1, 5:33 PM

So I talked to chief about it already but I was looking at my paystub...is there not any type of compensation for those of us who came in on the "snow days" and worked regardless? I got paid normal time

⭕  Ⓐ        iMessage              〽️

❇️  Ⓐ  🍎Pay  🔍  😀  😀  🎵  🔵

Page 7

Ex. C                                    CAW-000425

Email #8



8:23 ✈                                    LTE ▮

‹                    PS  SS
                  2 People ›

~~hope not~~

Sun, Mar 7, 7:11 PM

Patty Stange

What the heck is happening by my
house ... sounds like nascar and po
po everywhere for hours??? 😂

Disturbing me and yard work today
😂

Sheriff Eddie Scott

I bet it is. Yo assault been of the
couch

Guess they forgot to tell u about
that race track weekend lol

Patty Stange

Nope I took trash to road twice and
so and mph all by graham roofing.
Yep just saw Kyle I think come back

Sheriff Eddie Scott

U will hear gunfire shortly Prbly

Patty Stange

Oh lord – need hubby home 😂 they
race in dark

Sheriff Eddie Scott

I'll send frank to protect u lol

📷  Ⓐ    iMessage              ((•))

Page 1

Ex. C                                    CAW-000426

Email #8

8:23

PS SS

2 People

**SS** Guess they forgot to tell u about that race track weekend lol

Patty Stange

**PS** Nope I took trash to road twice and so and mph all by graham roofing. Yep just saw Kyle I think come back

Sheriff Eddie Scott

**SS** U will hear gunfire shortly Prbly

Patty Stange

**PS** Oh lord – need hubby home 😂 they race in dark

Sheriff Eddie Scott

**SS** I'll send frank to protect u lol

Patty Stange

**PS** I'll be okay – got my 3 legged dog. I assume this an every Sunday thing 😂

Sheriff Eddie Scott

**SS** Naw.   Bout once a month

Patty Stange

**PS** Hear sirens now 😂

Sheriff Eddie Scott

Yo ass better not stand in front of a window lol

iMessage

**Page 2**

Ex. C

CAW-000427

Email #8



8:23 ⌁                          .ıl LTE 🔋

PS
SS
2 People ›

SS  I'll send frank to protect u lol

Patty Stange
PS  I'll be okay – got my 3 legged dog. I
     assume this an every Sunday thing
     😂

Sheriff Eddie Scott
SS  Naw.   Bout once a month

Patty Stange
PS  Hear sirens now 😂

Sheriff Eddie Scott
SS  Yo ass better not stand in front of a
     window lol

SS  Where's hop along At?

Patty Stange
PS  My dog or hubby? He at work he left
     at 5

Sheriff Eddie Scott
SS  Naw. Ur protege from across the hall

Patty Stange
PS  I don't know she quiet tonight

PS  Dog sitting

          Mon, Mar 8, 8:41 PM
     Sheriff Eddie Scott

🎥  Ⓐ    iMessage            〰️

Pay

Page 3

Ex. C                                    CAW-000428



Email #10



Wed, Mar 10, 9:26 PM

Sheriff Eddie Scott



Patty Stange

That's going be u 

Sheriff Eddie Scott

Damn right 

Thu, Mar 11, 1:38 PM

Sheriff Eddie Scott

My ho s at work ?



Page 1

CAW-000429

Email #10



Page 2

Ex. C

CAW-000430

Email #10



8:22

2 People

Sheriff Eddie Scott
Had some under work to do 😼

Patty Stange
Under who work yeah right

Want to be sitting in my backyard drinking some beer - beautiful day!

Sheriff Eddie Scott
Public servant baby

Patty Stange
Lol 5 o clock coming

Sooon

Sheriff Eddie Scott
I'll be at office bout hr

Patty Stange
Naw just take rest of day off you tired 😼

We got it under control

Sheriff Eddie Scott
She may be.  I'm good 😼

Patty Stange
Shut up - you prob just laid there 😂

iMessage

**Page 3**

Ex. C

CAW-000431



Email #10

Page 4

Ex. C

CAW-000432

Email #11



8:17

PS  SS

2 People ›

Wed, Mar 17, 6:37 PM

Sheriff Eddie Scott
**U hookers hunkered down ?**

Yeah I'm at my neighbors grandmother house with dogs.

Sheriff Eddie Scott
**Heavy line moving in**

Patty Stange
**Goodness**

**Sounded like a damn train the wind but it's settled down now**

**We were in bed** 😆

It's thundering here

Sheriff Eddie Scott
**Blew shit all over yard from outdoor kitchen**

Damn

Patty Stange
**We good I guess**

Sheriff Eddie Scott

iMessage

**Page 1**

Ex. C

CAW-000433





CAW-000435

Email #11



Email #12

8:16

LTE

PS
SS

2 People >

Wed, Mar 24, 7:02 PM

Sheriff Eddie Scott

A woman thought she has TB after coughing continuously, doctors revealed it was a Condom stuck in her lungs which she had swallowed it during blowj*b

SS

Patty Stange

PS  Yuk

Gross

Sheriff Eddie Scott

SS  😂 😂

iMessage

Page 1

Ex. C

CAW-000437

Email #12





Tue, Mar 23, 7:55 AM

Patty Stange

I have a skin and allergists appt this morning – be in ASAP afterwards ... hope they don't have to burn anymore off 🔥

Sheriff Eddie Scott

Ok

Tue, Mar 23, 11:13 AM

Patty Stange

**Page 2**

CAW-000438

Email #12

CAW-000439

Email #12



Ex. C

CAW-000440

CAW-000441



Email #17











Page 1

Ex. C

CAW-000442

Email #17



Page 2

CAW-000443

Email #17



Ex. C

CAW-000444

Email #17

8:14

PS SS

2 People

> PS
I'm in bed already – did my chores – May get a small snack later – then not eat til lunch tomorrow

Sheriff Eddie Scott

Ur ass wakes up and eats all during the night

NEVER PASS UP BUYING A DRINK FOR A WOMAN WITH A HAIR TIE ON HER WRIST

SHE'S THINKING AHEAD

Patty Stange

Naw I've tried stopping. only got 48 days get a few pounds off ...

> PS Lord

iMessage

Page 4

Ex. C

CAW-000445

Email #17

**8:14** 📶 LTE 🔋

PS SS
2 People

SHE'S THINKING AHEAD

Patty Stange
Naw I've tried stopping. only got 48 days get a few pounds off …

Lord

You will have to feed your starving employees tomorrow lol

Sheriff Eddie Scott
Not going to be responsible for blowing ur diets

Patty Stange
I can get a salad 🥗 or something 😂 💦

Sheriff Eddie Scott
That's more carbs then them shakes

Patty Stange

iMessage

Page 5

Ex. C

Email #17



CAW-000447

Email #13

Email #14



Email #14



CAW-000451

Email #14



Ex. C

CAW-000452



Email #20



CAW-000454



I'm in a funeral, I didn't know the deceased but I already hugged his daughter 4 times today.



Ex. C

CAW-000455

Email #20



3:37 ⏀                                   📶 LTE 🔋

‹ 9              PS   SS

2 People ›

PS    there's

Non profit ... basically raising money
for certain community needs – they
are pretty specific on what ya will do
with any monies or such I think.

PS

And taxes non profit etc and so on 😂

PS

Tue, Apr 27, 9:41 AM

Sheriff Eddie Scott

'm in a funeral, I didn't know the
deceased but I already hugged his
daughter 4 times today.

SS

iMessage

CAW-000456



Email #2



3:37 ✈                              📶 LTE 🔋

‹ ⑨              PS  SS
                2 People ›

PS   there's

Non profit ... basically raising money
for certain community needs – they
are pretty specific on what ya will do
with any monies or such I think.

And taxes non profit etc and so on
😂

Tue, Apr 27, 9:41 AM

Sheriff Eddie Scott

'm in a funeral, I didn't know the
deceased but I already hugged his
daughter 4 times today.





Page 1

Ex. C

CAW-000457

Email #2





I'm in a funeral, I didn't know the deceased but I already hugged his daughter 4 times today.



Page 2

CAW-000458

Email #15



8:06 ⌕                                    .ıll LTE ▬

‹                    PS
                        SS
                 2 People ›

Wed, Apr 28, 5:42 PM

Sheriff Eddie Scott

SS   📷 FaceTime
        Call Ended

SS   Am I back in good graces now ?

Patty Stange

PS   Always

                        Did you mean to FaceTime?

Patty Stange

PS   Who

                                    Sheriff

Patty Stange

PS   Ha I didn't a call

                        It called the group

Patty Stange

PS   👍

Sheriff Eddie Scott

     Did not

SS   U get me a room ?

📷  Ⓐ)   iMessage              📶

✳️  🅰   Pay  🔍  👤  🎮  🎵

Page 1

Ex. C                                    CAW-000459

Email #15



8:06

.ıl LTE 🔋

PS SS

2 People ›

Ha I didn't a call

It called the group

Patty Stange

👍

Sheriff Eddie Scott

Did not

U get me a room ?

Patty Stange

Yep

Sheriff Eddie Scott

Better get 2 beds if y'all can't get one

Patty Stange

I can't sleep by anyone with my snoring and hot flashes 😂

😂

Sheriff Eddie Scott

Make u a pallet.

I may bring in a stray.  Don't mind us

iMessage

Page 2

Ex. C

CAW-000460

Email #15



8:06 ◢     LTE 🔋

PS  SS

2 People ›

Patty Stange

**Yep**

Sheriff Eddie Scott

Better get 2 beds if y'all can't get one

Patty Stange

I can't sleep by anyone with my snoring and hot flashes 😂

😂

Sheriff Eddie Scott

Make u a pallet.

I may bring in a stray.  Don't mind us 😈

Patty Stange

And Caitlyn farts all night

😈 do not

Sheriff Eddie Scott

Damn

Fri, Apr 30, 8:12 PM

Sheriff Eddie Scott

iMessage

**Page 3**

Ex. C

CAW-000461

Email #21



Ex. C

CAW-000462



3:28

PS  SS

2 People

**PS** and the BEST sheriff to have to deal with me!

Sheriff Eddie Scott
**SS** Even when u on the rag lol

Patty Stange
Wish menopause fully kick in so they would stop - got the hot flashes

I would be a lot happier if Debbie would retire ... get a happy friendly person in that office

**PS** She's rude as hell to the public

Sheriff Eddie Scott
**SS** Here her tell it she should be in a funeral home

Patty Stange
**PS** Talked about the sandwiches always negative crap ...

Hahaha 😜

Patty Stange
**PS** 😂

Sheriff Eddie Scott

iMessage

**Page 2**

Ex. C

CAW-000463

Email #21



CAW-000464

Email #21



CAW-000465

Email #21



Ex. C

CAW-000466

Email #21



CAW-000467

Ex 21



CAW-000468



CAW-000469



CAW-000470



CAW-000471



CAW-000472



CAW-000473



Email #22

Page 1

Ex. C

CAW-000474

Email #22



Page 2

Ex. C

CAW-000475



Ex. C

CAW-000476



9:55           ▪▪▪ LTE ▪

**Even if it's with a dog..love your life to the fullest rega...** See More



👍👍 Patty Stange and 23 others    1 Comment

👍 Like    💬 Comment    ◉ Send

**Pandemic Action Network** ✓
Sponsored · 🌐

🏠    🏬    👥    ★    🔔    ☰

Ex. C

CAW-000477



Page 2

Ex. C

CAW-000478

Email #1

3:10 ⏶     LTE 🔋

Done     3 of 42



Ex. C     CAW-000479

Email #1



3:10

PS  SS

2 People

**Cute pic .. think your nip is showing** 😂😂😂
— PS

I think it's a shadow!!! But uh now I'm paranoid. Damn you Patty!

Patty Stange
Sorry 😂😂😂 it's a shadow was messing with ya!
— PS

Sheriff Eddie Scott
No it's not. That's a nip
— SS

No it's not..omg! Now I gotta go look at it again.

Sheriff Eddie Scott
Nice nipple 😀
— SS

That's a shadow.

I swear it's a shadow I just looked at photo in black
And white and different contrast

iMessage

Page 4

Ex. C                                            CAW-000480

Email #1



CAW-000481



CAW-000482

Email #4



Ex. C

CAW-000483

Email #4



7:43

PS SS
2 People

Sheriff Eddie Scott

Did u not put Henry on there ?

Don't post another damn thing on website till I approve. Goes for everybody

I wasn't at computer to do it and I am not over the Facebook to post anything.
Only Bell or Stephen can post on the page.
When Milton winning day comes up what name do you want his to say??

Sheriff Eddie Scott

I'll let u know when time comes. I sold u plain as day what to do on this one. Ignore me again find another job

Wow..okay. Now I'm being questioned on Facebook by Jeff Henry over it too. I don't like being threatened over my job by an innocent mistake that was made. It was not intentional at all.

iMessage

Page 2

Ex. C

CAW-000484

Email #4

**7:43** ⌁        ▪▪▪ LTE ⚡

PS  SS

2 People ›

👍

Sheriff Eddie Scott

Did u not put Henry on there ?

Don't post another damn thing on website till I approve. Goes for everybody

I wasn't at computer to do it and I am not over the Facebook to post anything.
Only Bell or Stephen can post on the page.
When Milton winning day comes up what name do you want his to say??

Sheriff Eddie Scott

I'll let u know when time comes. I sold u plain as day what to do on this one. Ignore me again find another job

Wow..okay. Now I'm being questioned on Facebook by Jeff Henry over it too. I don't like being threatened over my job by an innocent mistake that was made. It was not intentional at all.

iMessage

**Page 3**

Ex. C

CAW-000485





Ex. C

CAW-000486

Email #19



Ex. C

CAW-000487

Email #18



Ex. C

CAW-000488

Email #18

10:12

PS  SS

2 People

(1911 Style pistol)

Clinton Phifer

Sheriff Eddie Scott

Redo that calesnder and get dates right please.  Looks tacky as hell Place on sept calendar

I'll crop it where Saturday is not showing.
I'll fix it when I get a chance in a bit.
Dealing with family from  California at the moment that's in town.
It will have to be for moment. Sorry.

There.

iMessage

CAW-000489

Email #18



Ex. C

CAW-000490

Email #18



Ex. C

CAW-000491



Email #3

6:26

LTE

SS  PS

2 People

> what name do you want his to say??

**Sheriff Eddie Scott**

I'll let u know when time comes. I sold u plain as day what to do on this one. Ignore me again find another job

Wow..okay. Now I'm being questioned on Facebook by Jeff Henry over it too. I don't like being threatened over my job by an innocent mistake that was made. It was not intentional at all.

lol why not

Call me at (662) 295-8785. I'm sitting here with Neal

Hahaha well Jeremy Bell is about to call him. The Captain I believe

6:15 PM

There was a reason why his name did not need to be posted.

Don't worry I aready got my butt chewed and job threatened by the Sheriff. I am not over the Facebook page. It was a miscommunication. My apologies to you and Mr. Neal

Swipe up to turn on vanish mode

iMessage

Page 1

Ex. C



Email #3

Page 2

CAW-000493

Email #3

6:22 ◢                                    LTE 🔋

◀ Messages

< 　 Jeff Henry
　　　 Active now　　　　📞 📹 ⦁

6:15 PM

There was a reason why his name
did not need to be posted.

Don't worry I already got my butt
chewed and job threatened by the
Sheriff. I am not over the Facebook
page. It was a miscommunication.
My apologies to you and Mr. Neal.

It's not an end of the world thing
but him being. "Sponsor" and as
many tickets as he bought , if his
name were to show up a couple or
three times people will start
screaming about it being " rigged".
Trust me, as many of these gun
drawings we've done for WpHS
football, we hear that crap every
year. Thanks for what you do.

Swipe up to turn on vanish mode

◯

➕ 📷 🖼 🎤 　Aa　 😊 👍

Page 3

Ex. C                                    **CAW-000494**



CAW-000495



6:18 · · · LTE

< **Jeff Henry**
Active now

Neal Coker. About to post it

Don't put his name

lol why not

Call me at (662) 295-8785. I'm
sitting here with Neal

Hahaha well Jeremy Bell is about
to call him. The Captain I believe

6:15 PM

There was a reason why his name
did not need to be posted.

Don't worry I already got my butt
chewed and job threatened by the
Sheriff. I am not over the Facebook
page. It was a miscommunication.
My apologies to you and Mr. Neal.

Swipe up to turn on vanish mode

Aa

Ex. C

CAW-000496



**6:22** ◁ Messages

.ıll LTE 🔋

<  **Jeff Henry**
Active now

📞 📹 •

6:15 PM

 There was a reason why his name did not need to be posted.

Don't worry I already got my butt chewed and job threatened by the Sheriff. I am not over the Facebook page. It was a miscommunication. My apologies to you and Mr. Neal.

It's not an end of the world thing but him being. "Sponsor" and as many tickets as he bought , if his name were to show up a couple or three times people will start screaming about it being " rigged". Trust me, as many of these gun drawings we've done for WpHS football, we hear that crap every year. Thanks for what you do.

Swipe up to turn on vanish mode



➕ 📷 🖼 🎤 Aa 🙂 👍

Ex. C

CAW-000497



Email #16







Page 1

Ex. C

CAW-000498

Email #16



7:37

PS
SS
2 People

Tue, Sep 7, 8:28 AM

Patty Stange

Got dentist appt at 9 should be at work around 10-10:15 😊

I'm off today and tomorrow due to family in town. Don't forget. 😀

Text Message

Sheriff Eddie Scott

Ok

iMessage

Sheriff Eddie Scott

Chris cliett 1

Tue, Sep 7, 11:13 AM

Sheriff Eddie Scott

Foot from cannon motors wants 7

Sheriff Eddie Scott

Christy at jc 1

Patty Stange

Page 2

Ex. C

CAW-000499

Email #16

7:37

PS SS

2 People >

Sheriff Eddie Scott
**John Elliot 1**

Patty Stange
**Sold 4 more**

Sheriff Eddie Scott
**Michelle Easterling 1**

**Jake pollard 1**

Tue, Sep 7, 4:27 PM

Sheriff Eddie Scott
**Who won gun today ?**

## Saturday
7

**SIG ARMS 938 9MM
(1911 Style pistol)**

**Clinton Phifer**

Sheriff Eddie Scott
**Redo that calesnder and get dates
right please.  Looks tacky as hell
Place on sept calendar**

I'll open it where Saturday is not

iMessage

Page 3

Ex. C

CAW-000500