

**CONFIDENTIAL**

# SHEEHAN
## COUNSELING CENTER

---

Clyde A. Sheehan, M.D.  •  Lisa Abstein, MS, LPC  •  Summer Jennings, PMHNP-BC

November 22, 2021

To Whom It May Concern:

Due to excessive anxiety when at her place of employment to the point of impaired concentration and anxiety attacks, I request that Ms. Caitlyn Wilson be allowed to work from her home on her "bad days."

Sincerely,

Clyde Sheehan, MD

Clyde Sheehan, M.D.



EXHIBIT 2
Caitlyn Wilson

DEF 217