**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**CAITLYN A. WILSON**                                                                                    **PLAINTIFF**

**VERSUS**                                                                      **CIVIL ACTION NO.: 1:22-cv-73-DAS**

**CLAY COUNTY, MISSISSIPPI, the Same Entity as
SHERIFF EDDIE SCOTT, in His Official Capacity
as the Sheriff of Clay County, Mississippi**                                         **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, J. Cody Hallmark, and moves to withdraw as counsel of record for Defendants Clay County, Mississippi, and Eddie Scott ("Defendants"), and respectively requests that this Court enter an Order permitting same. As support, the undersigned states the following:

1.      On June 7, 2022, the undersigned attorney entered his appearance as counsel of record for the Defendants. [Doc #: 03].

2.      Thereafter, on June 20, 2022, attorney R. Jeff Allen of Hunt Ross & Allen, P.A., filed his *Entry of Appearance* as additional counsel of record for the Defendants. [Doc #: 04].

3.      Now, the undersigned attorney moves to withdraw as counsel for the Defendants and requests that the Court enter an Order permitting his withdrawal.

4.      Because the Defendants will continue to be represented by attorney R. Jeff Allen, no delay and no prejudice will result from granting the relief requested herein.

5.      Due to the nature of the instant motion, the undersigned requests that he be relieved of any obligation to file a supporting memorandum.

Respectfully Submitted, this 27th day of October, 2023.

By:　/s/ *J. Cody Hallmark*

J. Cody Hallmark (Bar No. 105941)
jcodyhallmark@huntross.com
HUNT ROSS & ALLEN
P.O. Box 1196
Clarksdale, MS 38614
662-627-5251 (telephone)
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, J. Cody Hallmark, hereby certify that on October 27, 2023, I electronically filed the

foregoing document with the Clerk of the Court using the ECF system which sent notification of

such filing to the following:

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802-1357
waide@waidelaw.com
***Attorney for Plaintiff***

This, the 27th day of October, 2023.

/s/ *J. Cody Hallmark*

J. Cody Hallmark