IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAITLYN A. WILSON                                    PLAINTIFF

VS.                    CIVIL ACTION NO. 1:22dv73-DMB-DAS

CLAY COUNTY, MISSISSIPPI, the Same
Entity as SHERIFF EDDIE SCOTT, In His
Official Capacity as the Sheriff of
Clay County, Mississippi                             DEFENDANT


*******************************************************

DEPOSITION OF JOSH FULGHAM

*******************************************************


TAKEN AT THE INSTANCE OF THE PLAINTIFF
IN THE WEST POINT CITY HALL
580 COMMERCE STREET, WEST POINT, MISSISSIPPI
ON AUGUST 1, 2023, BEGINNING AT 9:55 A.M.


(APPEARANCES NOTED HEREIN)


Reported by:  LUANNE FUNDERBURK, CCR 1046
_____

LF REPORTING
P.O. BOX 2996
TUPELO, MS 38803
(662) 871-5419


**EXHIBIT "I"**

**Josh Fulgham**                                    **August 1, 2023**

2

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3                    JIM WAIDE, ESQUIRE
                      Waide & Associates, P.A.
 4                    P. O. Box 1357
                      Tupelo, MS 38802
 5                    (662) 842-7324
                      waide@waidelaw.com
 6

 7   For the Defendant:

 8                    R. JEFF ALLEN, ESQUIRE
                      Hunt Ross & Allen
 9                    P. O. Box 1196
                      Clarksdale, MS  38614
10                    (662) 627-5251
                      rjallen@huntross.com
11

12

13   Also Present:   Sheriff Eddie Scott
                      Caitlyn Wilson
14

15

16

17

18

19

20

21

22

23

24

25
```

**Josh Fulgham**                                      **August 1, 2023**

3

1                          TABLE OF CONTENTS

2    WITNESS                                        PAGE

3    JOSH FULGHAM

4       Examination by Mr. Waide.................   4

5       Examination by Mr. Allen.................  26

6

7    (NO EXHIBITS)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Josh Fulgham**                                          **August 1, 2023**

4

1                    JOSH FULGHAM, after being duly sworn,

2    testified as follows:

3                         EXAMINATION

4    BY MR. WAIDE:

5        Q.   Would you state your name, please?

6        A.   Josh Fulgham.

7        Q.   Can you give me an address where you live,

8    Mr. Fulgham?

9        A.   445 Lone Oak Drive -- Lone Oak Road, I mean.

10       Q.   Do you have a cell telephone?

11       A.   Yes, sir.

12       Q.   What is that number?

13       A.   662-295-0910.

14       Q.   If you needed to be reached, is there

15   somebody that would have contact information on you

16   and know how to reach you?

17       A.   Uh-huh (yes).

18       Q.   Who is that?

19       A.   My mom.

20       Q.   And give me her name and number, please.

21       A.   Joy Edwards, 662-295-3530.

22       Q.   Are you living with a lady named Carlee

23   Heflin?

24       A.   No, sir.

25       Q.   You're not?

**Josh Fulgham**                                    **August 1, 2023**

5

 1    A.   No, sir.

 2    Q.   Have you lived with her in the past?

 3    A.   I did.

 4    Q.   Where is she now?  Do you know?

 5    A.   She was in rehab I think.  But last I heard,

 6  she left.  I'm not sure.

 7    Q.   Am I correct in saying y'all have a child

 8  together?

 9    A.   Yes, sir.

10    Q.   Do you know Eddie Scott, the sheriff of Clay

11  County?

12    A.   Yes, sir.

13    Q.   How long have you known Mr. Scott?

14    A.   I've known he's been the sheriff since 2012.

15    Q.   Have you had some dealings with him yourself?

16    A.   Not till recently.

17    Q.   Not till what?

18    A.   Recently, coming to jail.  I mean, he helped

19  me get back on the right track.

20    Q.   He helped you get back on the right track?

21    A.   Yes, sir.

22    Q.   First, Mr. Fulgham, you're not on trial here

23  for anything.

24    A.   Right.

25    Q.   I just wanted to make sure you understand

**Josh Fulgham**                                              **August 1, 2023**

                                                                            6

1    that.  The only way you can get into a problem is, is

2    if you don't tell the truth.

3        A.   I'm telling the truth.

4        Q.   I'm not saying you're not.  I'm just giving

5    you some unsolicited advice that you're not going to

6    be in any trouble as long as you tell the truth.

7        A.   Right.

8        Q.   Or if you feel like a question incriminates

9    you on some other charge, you can state the Fifth

10   Amendment and refuse to answer.  But other than that,

11   you're not going to be in any trouble as long as you

12   tell the truth.

13       A.   Right.

14       Q.   Of if you feel like something incriminates

15   you, take the Fifth Amendment.  Okay?

16       A.   Okay.  Yes, sir.

17       Q.   First, you said not till recently.  Have you

18   --

19       A.   Recently.  I mean, I've known him, you know,

20   but we just haven't had a relationship till recently.

21       Q.   I see.  So tell me about your recent

22   relationship with him.

23       A.   He's helped me get on the right track.

24       Q.   Did you have charges pending against you when

25   he helped you get on the right track?

**Josh Fulgham**                                      **August 1, 2023**

7

```
 1      A.   I got a violation.

 2      Q.   You had violations pending?

 3      A.   Well, I had violation from tampering with

 4   physical evidence.

 5      Q.   Excuse me.  I'm going to need to ask you to

 6   speak up.  I'm kind of hard of hearing.

 7      A.   I had got violated on parole with -- caught

 8   a charge.

 9      Q.   You were on parole for what type of charge?

10      A.   A drug-related charge.

11      Q.   Were you in jail then on a parole violation?

12      A.   Yes.  Well, not -- till I caught the charge.

13      Q.   Well, if you were picked up on a parole

14   violation, there must have been some preceding charge,

15   I guess?

16      A.   I mean, I caught the charge and they violated

17   me.

18      Q.   They violated you.  What was the original --

19   you had an original charge?

20      A.   Yes, sir.  I was on parole.  I had got out on

21   it and I was on parole, and I got picked up on a new

22   charge, and they made me back up the time.

23      Q.   What was your original charge?

24      A.   Possession with intent, I think.

25      Q.   And then you got picked up for a parole
```

**Josh Fulgham**                                          **August 1, 2023**

8

1  violation?

2       A.    Uh-huh (yes).

3       Q.    Was that on a drug charge also?

4       A.    Yes, sir.

5       Q.    You said the sheriff helped you out.  Had you

6  gone before a judge when he helped you out or after

7  you went before the judge or what did he do to help

8  you?

9       A.    Helped me get rehabilitated by letting me --

10  allowing me to stay up here and do my violation.

11      Q.    All right.  Had the judge sentenced you then?

12      A.    No.  The parole board.

13      Q.    The parole board.  I'm sorry.  And what

14  sentence did the parole board give you?

15      A.    They made me do the rest of my time, like the

16  complete.

17      Q.    How much time would that have been?

18      A.    Thirteen months.

19      Q.    And so what did the sheriff do?  He helped

20  you out how?

21      A.    Allowed me to stay here and do my time.

22      Q.    Not go back to the penitentiary --

23      A.    Right.  Yes, sir.

24      Q.    Stay and do your time?

25      A.    Yeah.

Josh Fulgham                                      August 1, 2023

                                                            9

1      Q.   While you were doing -- is that your status
2   now?  Is that why you're out now?
3      A.   Sir?
4      Q.   Do you have a pending charge now or are you
5   doing your time now, as of right now?
6      A.   I don't think I have -- no, sir.
7      Q.   You don't think you're not --
8      A.   I'm not --
9      Q.   You're through with that now?
10     A.   Yes, sir.
11     Q.   And you've got on a shirt like you're working
12  now.
13     A.   Yeah, I'm working.
14     Q.   Do you know Amber Jones?
15     A.   I do.
16     Q.   And how did you get to know Amber Jones?
17     A.   I've known her my whole life through drugs.
18     Q.   Did y'all do drugs together?
19     A.   Yes, sir.
20     Q.   Did you become familiar with a posting that
21  she made on some type of social media website saying
22  that she had been having sex with the sheriff?  Are
23  you familiar with that?
24     A.   No, sir.
25     Q.   You're not aware that she did that?

Josh Fulgham                                    August 1, 2023

                                                              10

1        A.   I'm not aware.

2        Q.   I'm sorry?

3        A.   I'm not aware.

4        Q.   You're not aware that she did that?

5        A.   Unh-unh (no).

6        Q.   At some point, did you ever become aware that

7    she was alleging that drugs had been planted on her?

8        A.   I mean, she's come out and said that.  I

9    mean, her and Madison Ray.

10       Q.   Where -- tell me about that.  When did you

11   hear her say that drugs were being planted on her?

12       A.   Before I came -- I think before I got or

13   while I was locked up.

14       Q.   When you were locked up you heard her saying

15   that drugs had been planted on her?

16       A.   Well, I mean, I've been heard her saying

17   that.  I mean, she accuses everybody.  I mean, anybody

18   she can say.  You know, she just uses anybody.

19       Q.   She'll just say anybody planted drugs?

20       A.   Yeah.  She'll say anything.  Yes, sir.

21       Q.   Okay.  Did you have -- at one point, did she

22   say that Carlee Heflin, your girlfriend, had planted

23   drugs on her?

24       A.   I'm pretty sure she probably did, but I

25   wasn't aware.

Josh Fulgham                                    August 1, 2023

                                                            11

1       Q.    You were not aware?

2       A.    Unh-unh (no).

3       Q.    Did there come an occasion -- and I'm not

4  certain about the time of this.  Did there come an

5  occasion when you made a statement to Carlee Heflin,

6  which unknown to you was being taped, indicating that

7  you had planted drugs on Amber Jones?

8       A.    Yes, sir.

9       Q.    What was your purpose in saying that?

10      A.    Oh -- high.  I was -- they had kept saying I

11  was saying that, so I just told them what they wanted

12  to hear.

13      Q.    Who --

14      A.    And I was on drugs, and actually I had been

15  up.  She took my money, ran over there, and really I

16  think it's really a plan they came up with to try to

17  take down the sheriff.

18      Q.    Okay.  It was a plan they came up with to --

19      A.    Yeah.  They coerced, like, asking certain

20  questions to get me to say certain things.

21      Q.    Who is they?  Who are you talking about?

22      A.    Madison Ray.

23      Q.    Who is Madison Ray?

24      A.    A drug addict.

25      Q.    So Madison Ray was coercing you?

Josh Fulgham                                        August 1, 2023

                                                                12

1      A.   Yes, sir.

2      Q.   Was anybody else coercing you other than

3  Madison Ray?

4      A.   I'm pretty sure Carlee was.  I'm pretty sure.

5      Q.   Your girlfriend?

6      A.   Uh-huh (yes).

7      Q.   Well, just of the ones you know that was

8  coercing you, though, tell me what did Carlee do --

9  I'm sorry.  What did Madison Ray do to coerce you?

10     A.   Just get me to talking.

11     Q.   She got you to talking?

12     A.   Yeah, and asking certain questions.

13     Q.   What did she ask you?

14     A.   All kinds of stuff, and I really don't

15  remember because I was (Indicating).

16     Q.   You know there's a transcript of the tape?

17     A.   Oh, I know.  I've heard it.

18     Q.   Is it -- just give me a summary of what did

19  you say, though.

20     A.   I mean, ain't no telling.

21     Q.   Well, on the tape you made the statement that

22  you had planted the drugs -- drugs in Amber's car,

23  correct?

24     A.   Uh-huh (yes).

25     Q.   And it was methamphetamine that was found and

**Josh Fulgham**                                          **August 1, 2023**

13

1  diabetic needles, correct?  Are you familiar with

2  that?

3       A.   I said diabetic needles?

4       Q.   No.  I'm just asking you.

5       A.   Oh, I --

6       Q.   Are you a diabetic?

7       A.   Yes, sir.

8       Q.   Had you been in the same car with Amber the

9  night before she was arrested for the drugs?

10      A.   I don't think I -- it wasn't the night

11 before.

12      Q.   When was it?  When had you been with her in

13 reference to her drug arrest?

14      A.   It was probably a couple of days, but I had a

15 diabetic relapse or something.  I passed out.

16      Q.   You passed out?

17      A.   Yeah.  I passed out.

18      Q.   And who -- where were you when you passed

19 out?

20      A.   Amber's house.

21      Q.   And had you taken some type of pills or

22 something at that time?

23      A.   I'm pretty sure.  I don't know what they gave

24 me, but I passed out.  It may have been fentanyl or

25 something.

Josh Fulgham                                    August 1, 2023

                                                              14

1       Q.   You passed out at Amber's house?

2       A.   I did.

3       Q.   And who all was present with --

4       A.   Junior Logan, Madison Ray, Amber Jones, and

5    it was some guy came.  I don't remember his name.  He

6    was there to see Amber.

7       Q.   After that, did you and Amber -- after you

8    passed out that night, or maybe the next morning or

9    the next day -- I'm not sure about the time -- did you

10   ride in the same car with Amber Jones?

11      A.   She went to go get some insulin for me.  I

12   guess she thought that's what it was.  She went to go

13   get some insulin, and she came back.  And I had woke

14   up, so they took me on home, took me back home,

15   because Carlee was calling acting a fool and...

16      Q.   Who took you back home?

17      A.   Amber and Madison.

18      Q.   And who was on the front seat and who was on

19   the back seat?

20      A.   Amber was -- Amber was driving, and I was in

21   the passenger seat and Madison was behind me.

22      Q.   All right.  And then in relation to that,

23   when was it that Amber got arrested for drugs?

24      A.   I have no idea.

25      Q.   But at some point, then, you were talking to

Josh Fulgham                                    August 1, 2023

15

1    Ms. Heflin, and you made the statement that you had
2    planted the drugs?
3         A.    Oh, yeah.  I made that statement.
4         Q.    And you made the statement that you got the
5    drugs from a deputy sheriff named Kyle Eaves, correct?
6         A.    Yes, sir.
7         Q.    What is your relationship with Kyle Eaves?
8         A.    I really -- I mean, none.  We don't have one.
9         Q.    How did you know Kyle Eaves?
10        A.    Just from being a law enforcement agent.
11        Q.    Did you have anything against Kyle Eaves?
12        A.    No.  I mean, but that's what -- I was just
13   going off of what they was saying.
14        Q.    So Ms. Heflin said that?
15        A.    Yeah.  Well, they said that Kyle had
16   something against them, so I just was feeding off of
17   their stuff and just coming up with...
18        Q.    So you just made up the story that you
19   planted the drugs?
20        A.    Yes, sir.
21        Q.    Am I correct?
22        A.    Yes, sir.
23        Q.    And how did that help you?
24        A.    I mean, it really didn't.  I mean, I was on
25   drugs and stuff but, I mean, they tried to get me --

**Josh Fulgham**                                    **August 1, 2023**

16

1   they tried to get me to help them get some stuff

2   against the sheriff is all.  Carlee and Madison and

3   Amber.

4        Q.   Has anybody ever interviewed you about this

5   other than just right now?  Have you talked to anybody

6   about this other than just right now?

7        A.   The feds.

8        Q.   The FBI?

9        A.   Uh-huh (yes).

10       Q.   Did you tell them the same thing you're

11   telling me?

12       A.   Yes, sir.

13       Q.   Did you do a written statement or a taped

14   statement?

15       A.   Taped statement.

16       Q.   A taped statement?

17       A.   Uh-huh (yes).

18       Q.   Have you told them exactly the same thing

19   you're telling me?

20       A.   Uh-huh (yes).  It was all made up.

21       Q.   That you just made it up?

22       A.   Yes, sir.

23       Q.   You also made a statement in there about

24   Nathan Sinko having tried to kill Amber?

25       A.   I heard that and I --

**Josh Fulgham**                                     **August 1, 2023**

17

1    Q.   Well, it's in the transcript, I mean.

2    A.   Right.  Right.  I just repeated what I heard.

3    Q.   Oh, you just heard that he did that?

4    A.   Yeah.

5    Q.   Who did you hear it from?

6    A.   I mean, it was talk in the street.

7    Q.   That he had tried to kill Amber?

8    A.   Uh-huh (yes).

9    Q.   Answer out yes or no, please.

10   A.   Yes, sir.  Yes, sir.

11   Q.   Have you talked with Amber Jones since you

12   made the tape?

13   A.   No, sir.

14   Q.   Other than me and the FBI, have you told

15   anybody else what you're telling us today, that you

16   just made that up?

17   A.   Everybody that asks me.

18   Q.   Can you recall who else you may have told?

19   A.   Well, I mean, anybody can tell you -- I mean,

20   when I was -- I mean, everybody was at my house at all

21   times.  So, I mean, people would -- you know.  They

22   know that what I was saying was a bunch of crap.

23   Q.   Are you and Tony Lippincott friends?

24   A.   This deal with drugs.

25   Q.   Y'all are not friends?

Josh Fulgham                                    August 1, 2023

18

```
 1      A.   Yes, sir.  We are.
 2      Q.   Have you talked with him about this at all?
 3      A.   We really never talked about it.
 4      Q.   About whether you really planted the drugs or
 5   not?
 6      A.   Well, he knows I didn't.
 7      Q.   How does he know that?
 8      A.   I mean, he be at the house too.
 9      Q.   But he wasn't at the house that night --
10      A.   No.
11      Q.   -- you were there and passed out, was he?
12      A.   No, sir.
13      Q.   From what I've heard so far, you had one drug
14   conviction.  You got put on parole and you got
15   violated.  Is that --
16      A.   I mean, I had -- all my charges?
17      Q.   Yeah.  Do you have other convictions other
18   than what you just told me?
19      A.   Selling marijuana, and there's another one.
20   Yeah.
21      Q.   If you don't mind -- it may be that, you
22   know, this will be relevant.  I'm not doing this to
23   embarrass you, but what all convictions do you have?
24      A.   Selling marijuana, possession with intent.
25   That's all conviction.
```

Josh Fulgham                                            August 1, 2023

19

1    Q.   Did the sheriff help you with any charges

2    other than this one charge you told us about?

3    A.   No, sir.

4    Q.   And the only way he helped you then was just

5    to let you stay here instead of going to the State

6    penitentiary?

7    A.   Yes, sir.

8    Q.   Did this come about after you had made this

9    statement about being the one that planted the drugs?

10   A.   This came before.

11   Q.   I see.  Now, at some point after you made the

12   statement of saying that you had planted the drugs and

13   that Kyle Eaves, the deputy, had given them to you,

14   after you made that statement, you made a different

15   statement critical of Amber Jones that you put on

16   Facebook or social media, correct?

17   A.   Yes, sir.

18   Q.   Where were you when you made that statement?

19   A.   In jail.

20   Q.   In jail?

21   A.   Uh-huh (yes).

22   Q.   Why were you in jail?

23   A.   The parole violation.

24   Q.   I see.  Was it after you made that statement

25   critical of Amber Jones that you got this treatment by

Josh Fulgham                                    August 1, 2023

20

1    the sheriff where you were able to not go back to the

2    penitentiary?

3          A.   No.  This was before.  He allowed me to stay

4    before.

5          Q.   I see.  So just tell me in substance -- I

6    have a transcript of that somewhere, but I'm not going

7    to try to fish it out.  In substance, what did you say

8    about Amber Jones?

9          A.   That she lied.  I mean, she pretty much --

10         Q.   That she lied about what?

11         A.   Everything.

12         Q.   Well, you're not aware of anything she said

13   other than the drugs were planted on her, are you?

14         A.   I mean, yes, sir.  I mean, I've heard a lot

15   of talk.  I mean, there's talk.  I mean, pretty much

16   what's going on.  I mean, you know, I've heard, but --

17   I mean, I know -- yeah.

18         Q.   Well, I asked you earlier, and I thought you

19   said the only thing that you knew about Amber Jones

20   was that she was making this claim that drugs were

21   planted on her.  Do you have some other -- and you say

22   that she lied.  Do you have anything else you're

23   referring to there that she lied about?

24         A.   Lied about the sheriff.

25         Q.   What did she say about the sheriff?

**Josh Fulgham**                                    **August 1, 2023**

21

1      A.   I mean, what you told me.

2      Q.   I haven't told you anything.

3      A.   Claims.

4      Q.   What claims?

5      A.   I mean, what I heard in the street.  Just

6  claims of -- I mean, whatever she's saying.

7      Q.   So do you know what she said?  What are you

8  accusing her of lying about, I guess is what I'm

9  asking?  What are you saying Amber is lying about?

10     A.   I know she's lying about me, the drugs.  I'm

11  not -- you know...

12     Q.   You're the one that said you planted the

13  drugs, sir.  She didn't say you planted them.  You

14  said it.  So what is it you're accusing Ms. Jones of

15  lying about?

16     A.   I know she's lying about the sheriff.

17     Q.   What?  What has she said about him that's not

18  true?

19     A.   The accusations.

20     Q.   What accusations?  You're not going to say?

21     A.   The accusations.  All of it.

22     Q.   Well, since you're not going to say it, let

23  me come out specifically and say it.  She says that

24  she had sex with the sheriff while she was an inmate

25  at the jail.  You've at least heard that, correct?

**Josh Fulgham**                                          **August 1, 2023**

22

1      A.    I heard that.

2      Q.    And you say she's lying about it?

3      A.    I'm pretty sure.

4      Q.    And you weren't there when she had sex with

5  the sheriff --

6      A.    No.

7      Q.    -- or didn't have it, right?

8      A.    No, sir.

9      Q.    You were never present with the two of them

10  in the jail, were you?

11      A.    No, sir.

12      Q.    Are you familiar with the house that the

13  sheriff has out at Mary Holmes College that he uses?

14      A.    No, sir.

15      Q.    While you were in jail, were you allowed

16  passes to get out from time to time?

17      A.    No, sir.

18      Q.    You never were?

19      A.    (Shaking head negatively).

20      Q.    Are you aware of any inmates that were

21  allowed passes?

22      A.    No, sir.

23      Q.    Am I correct that you have no charges pending

24  in court as we sit here today?  There are no charges

25  pending against you?

Josh Fulgham                                    August 1, 2023

23

1      A.    Not that I know of.

2      Q.    No charges?

3      A.    No, sir.

4      Q.    And is the last dealings you had with the law

5   when you completed your parole?  Is that the last

6   dealings you had?

7      A.    Yes, sir.

8            MR. WAIDE:  Give me just a minute.  I may

9   be done.

10           (Short recess).

11     Q.    (Mr. Waide) Mr. Fulgham, were you arrested on

12  drug charges the day after you made the first -- when

13  you had the conversation saying you had planted the

14  drugs, were you arrested the next day?

15     A.    I don't think it was the next day.

16     Q.    Very soon thereafter?

17     A.    Uh-huh (yes).

18     Q.    Who arrested you?

19     A.    Sheriff's department.

20     Q.    Was it Kyle Eaves?

21     A.    Uh-huh (yes).

22     Q.    Is the answer yes?

23     A.    Yes, sir.

24     Q.    And who was with Eaves when he arrested you?

25     A.    Officer Quinn, Jeremy DuBois.

Josh Fulgham                                    August 1, 2023

                                                            24

1      Q.   Did they have any conversation with you about

2   what you had said the previous day?

3      A.   No, sir.  It didn't come up.

4      Q.   What did they charge you with?

5      A.   I'm not sure.

6      Q.   Did they find drugs on you when they arrested

7   you?

8      A.   Yes, sir.

9      Q.   And so do you know how they knew that you had

10  drugs?

11     A.   No, sir.

12     Q.   Is that the occasion when the sheriff helped

13  you?  Is that when you earlier told us about he helped

14  you to keep you from going back to the penitentiary?

15  Is that the charge that he helped you with or is there

16  a different charge?

17     A.   The violation?

18     Q.   Yeah, the violation.  Is that what you're

19  talking about, the violation?

20     A.   Yes, sir.

21     Q.   Is all you got on that a violation or did you

22  ever get a separate charge for those drugs?

23     A.   Just violation.

24     Q.   So you never got charged with a drug offense?

25     A.   I'm not sure.

Josh Fulgham                                    August 1, 2023

                                                                    25

1      Q.   To your knowledge you haven't?

2      A.   Unh-unh (no).

3      Q.   The answer is no?

4      A.   No.

5      Q.   So do you think the sheriff helped you with

6  that without getting a new charge, then?  Or you think

7  Kyle Eaves helped you?

8      A.   No, sir.

9      Q.   Did you get a lawyer appointed?

10     A.   I did.

11     Q.   And who was that?

12     A.   I'm not sure.

13     Q.   Don't remember?

14     A.   Don't remember.

15     Q.   So you correct me if I'm wrong, but here's

16  the way I'm understanding the scenario of events.

17  When you gave a tape, which indicated that you had

18  planted drugs on Amber Jones and that Deputy Sheriff

19  Kyle Eaves was involved in it, you got arrested within

20  a day or two of that after a drug charge.  To your

21  knowledge, you have never been separately charged with

22  that drug charge?

23     A.   I probably have.  I mean, I'm not sure.  I

24  don't remember, Mr. Waide.

25     Q.   Are you supposed to be in court anytime about

Josh Fulgham                                    August 1, 2023

                                                             26

1    it, to your knowledge?

2         A.   Not to my knowledge.

3         Q.   And that's the occasion when you got

4    violated, but you got to do your time up here in Clay

5    County and didn't have to go?

6         A.   Yes, sir.

7         Q.   And how much time did you do on your

8    violation?

9         A.   Thirteen months.

10        Q.   Is that what the parole board gave you?

11        A.   Uh-huh (yes).

12        Q.   You answered yes, right?

13        A.   Yes, sir.  Yes, sir.

14        Q.   Well, congratulations on having your job.

15   What do you do now at your work?

16        A.   I'm on the pack line.

17        Q.   How long have you had this job?

18        A.   Since I got out.

19        Q.   Congratulations on getting your -- I take it

20   -- you don't look like you're on drugs now.

21        A.   No, sir.

22             MR. WAIDE:  That's all I have.

23                      EXAMINATION

24   BY MR. ALLEN:

25        Q.   Mr. Fulgham, my name is Jeff Allen.  I

**Josh Fulgham**                                        **August 1, 2023**

27

1   represent Clay County in this lawsuit filed by Caitlyn

2   Wilson.  Do you know Ms. Wilson?

3        A.   I do not.

4        Q.   Have you ever talked to her?

5        A.   I have not.

6             MR. ALLEN:  No further questions.

7             (Deposition concluded at 10:21 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Josh Fulgham                                          August 1, 2023

28

```
 1                    C E R T I F I C A T E
 2      STATE OF MISSISSIPPI      )
 3      COUNTY OF LEE             )
 4      RE:  ORAL DEPOSITION OF JOSH FULGHAM
 5            I, LuAnne Funderburk, CCR 1046, a Notary Public
 6      within and for the aforesaid county and state, duly
 7      commissioned and acting, hereby certify that the
 8      foregoing proceedings were taken before me at the time
 9      and place set forth above; that the statements were
10      written by me in machine shorthand; that the
11      statements were thereafter transcribed by me, or under
12      my direct supervision, by means of computer-aided
13      transcription, constituting a true and correct
14      transcription of the proceedings; and that the witness
15      was by me duly sworn to testify to the truth and
16      nothing but the truth in this cause.
17            I further certify that I am not a relative or
18      employee of any of the parties, or of counsel, nor am
19      I financially or otherwise interested in the outcome
20      of this action.
21            Witness my hand and seal on this 21st day of
22      August, 2023.
23                               _____
        My Commission Expires:   CCR 1046
24      April 18, 2027           Notary Public
25
```