IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAITLYN A. WILSON                                                                                      PLAINTIFF

V.                                                                                       CAUSE NO. 1:22-CV-00073-DAS

CLAY COUNTY, MISSISSIPPI                                                               DEFENDANT
*the Same Entity as Sheriff Eddie Scott, In His Official Capacity*
*as the Sheriff of Clay County, Mississippi*
_____

ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This 10th day of May, 2024.

                                                   /s/ David A. Sanders
                                               UNITED STATES MAGISTRATE JUDGE