IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CAITLYN A. WILSON**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO:1:22cv73-DAS**

**CLAY COUNTY, MISSISSIPPI, the Same Entity as
SHERIFF EDDIE SCOTT,** In **His Official Capacity
as the Sheriff of Clay County, Mississippi**     **DEFENDANTS**

---

**AGREED ORDER OF DISMISSAL
WITH PREJUDICE BY REASON OF SETTLEMENT**

---

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice by reason of settlement, it is hereby ORDERED that this case be, and the same hereby, is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

**SO ORDERED**, this the 5th day of August, 2024.

                /s/ **David A. Sanders**
                **UNITED STATES MAGISTRATE JUDGE**

AGREED TO BY:

| | |
|---|---|
| /s/ *Rachel Pierce Waide* | /s/ *R. Jeff Allen* |
| James D. Waide, III (MS Bar No. 6857) | R. Jeff Allen, Esq. |
| Rachel Pierce Waide (MS Bar No. 100420) | Hunt Ross & Allen |
| Waide & Associates, P.A. | P.O. Box 1196 |
| P.O. Box 1357 | Clarksdale, MS 38614 |
| Tupelo, MS 38802 | Telephone: (662) 627-5252 |
| Telephone: (662) 842-7324 | Email: rjallen@huntross.com |
| Email: rpierce@waidelaw.com | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |